UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES, | No. 2:17-cv-0592 GGH P |
| Petitioner, | |
| v. | ORDER |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has submitted a motion to proceed in forma pauperis received on March 20, 2017, ECF No. 6, but it has not been acted upon.

The application attacks a conviction issued by the San Diego Superior County Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, **IT IS HEREBY ORDERED** that this matter is transferred to the United States District Court for the Southern District of California.

Dated: March 24, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE